JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alicia Rico Ballesteros,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Frank Bisignano, COMMISIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 2:25-cv-01051-TLN- DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from July 11, 2025, to September 9, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of July 7, 2025, and July 14, 2025, Plaintiff's Counsel has nine merit briefs and one reply brief due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 27, 2025    PENA & BROMBERG, ATTORNEYS AT LAW

By: /s/ Jonathan Omar Pena
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: June 27, 2025    MICHELE BECKWITH
                        Acting United States Attorney
                        MATHEW W. PILE
                        Associate General Counsel
                        Office of Program Litigation
                        Social Security Administration


By:  */s/ Justin Lane Martin
     Justin Lane Martin
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on June 27, 2025)

# **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 1, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE