ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Program Litigation 1 | Law & Policy
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA RICO BALLESTEROS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:25-cv-01051-DMC<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF; ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from November 10 to December 10, 2025. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant requests this extension because undersigned counsel has five district court briefs due between November 10 and November 14, and requires additional time.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before December 10, 2025;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before December 24, 2025).

Respectfully submitted,

DATE: October 23, 2025         /s/  Jonathan Omar Pena *
                               JONATHAN OMAR PENA
                               Attorney for Plaintiff
                               (* approved via email on 10/23/25)

                               ERIC GRANT
                               United States Attorney

DATE: October 23, 2025         By  s/ Marcelo Illarmo
                               MARCELO ILLARMO
                               Special Assistant United States Attorney

                               Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  October 28, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2