1  ERIC GRANT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245.
   Head of Program Litigation 1
3  Social Security Administration
4  MARCELO ILLARMO (MABN 670079)
   Special Assistant United States Attorney
5       Program Litigation 1 | Law & Policy
        Social Security Administration
6       6401 Security Boulevard
        Baltimore, Maryland 21235
7       Telephone: (510) 970-4822
        E-Mail: Marcelo.Illarmo@ssa.gov
8  Attorneys for Defendant

9

10

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13

14

15 | ALICIA RICO BALLESTEROS, | No. 2:25-cv-01051-TLN-DMC
16 | Plaintiff, | STIPULATION AND ORDER FOR SECOND EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF
17 | v. |
18 | COMMISSIONER OF SOCIAL SECURITY, |
19 | Defendant. |

22     IT IS HEREBY STIPULATED, by and between the parties, through their respective

23 counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from

24 December 10, 2025, to January 9, 2026.  This is Defendant's second request for an extension of

25 time to respond to Plaintiff's brief.  Defend requests this extension because counsel requires

26 additional time to perform a defensibility review to determine whether additional briefing is

27 required.

28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before January 9, 2026;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before January 23, 2026).

Respectfully submitted,

DATE: December 2, 2025            /s/   Jonathan Omar Pena *
                                  JONATHAN OMAR PENA
                                  Attorney for Plaintiff
                                  (* approved via email on 12/2/25)

                                  ERIC GRANT
                                  United States Attorney

DATE: December 2, 2025            By  s/ Marcelo Illarmo
                                  MARCELO ILLARMO
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  December 4, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2